UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY A. JONES,<br><br>    Petitioner,<br><br>    v.<br><br>R.C. JOHNSON,<br><br>    Respondent. | No. 2:18-cv-0036 AC P<br><br><br>ORDER |

By order filed January 12, 2018, the court found that venue in this case was proper in the District Court for the Central District of California. ECF No. 3. However, because the petition contained an explicit request to not transfer the case to the Central District, petitioner was given an opportunity to voluntarily dismiss the petition and advised that if he chose not to do so, the petition would be transferred to the Central District. Id. Petitioner has not moved to withdraw the petition, and therefore the case will now be transferred.

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

DATED: February 23, 2018

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE